| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | RICHARD J. BENDER |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Crim. Complaint No. 92-2433 DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS COMPLAINT** |
|   | ) **AS TO DEFENDANT AIDA SARABIA;** |
| AIDA SARABIA, | ) **ORDER** |
| Defendant. | ) |

The United States hereby moves to dismiss the Complaint as to defendant Aida Sarabia. The defendant has been a fugitive for the past 19 years and although she has been located by the U.S. Marshal's Service, the government has decided that dismissal of the action is appropriate because of the age of the case (with all the inherent problems that cases for the prosecution), the relatively minor role of the defendant in the case, and the fact that the case was dismissed as to the codefendant who was the main target of the investigation. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal

//
//
//
//
//

1

Procedure, the government moves to dismiss the Complaint as to defendant Aida Sarabia and that the outstanding arrest warrant be recalled.

Dated: December 14, 2011     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Richard J. Bender
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

**Dated:** **December 20, 2011**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE